| | |
|---|---|
| JOHN J. SURRE, | : |
|     Plaintiff, | :   SUPREME COURT OF |
| | :   NEW YORK |
| V. | :   NEW YORK COUNTY |
| FOSTER WHEELER LLC, ET AL. | :   INDEX NO. 112820-07 |
|     Defendants | |

## NOTICE OF NOTICE OF REMOVAL TO ADVERSE PARTY

TO:   Plaintiff John J. Surre, through his attorney of record, Chris Romanelli, Esq.

Please take notice that the civil action, in which you are named as plaintiff, filed September 21, 2007 in the Supreme Court of the State of New York, New York County, has been removed from that court to the United States District Court for the Southern District of New York, effective the ___ day of October, 2007. On that day a Notice of Removal, a copy of which (with exhibits) is attached, was filed with the clerk of the United States District Court, and a copy of that Notice of Removal has been filed with the clerk of the state court, effecting removal pursuant to 28 U.S.C. § 1446.

Respectfully submitted,

Sedgwick, Detert, Moran & Arnold
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 242-0002

By: _____
    Michael A Tanenbaum

ATTORNEYS FOR DEFENDANTS:
FOSTER WHEELER, L.L.C.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to Plaintiff's counsel via hand delivery and all known counsel of record via regular mail on this 22nd day of October, 2007.

**Via Hand Delivery**
Chris Romanelli, Esq.
WEITZ & LUXENBERG
180 Maiden Lane
New York, New York 10038-4925
(212) 558-5500
ATTORNEYS FOR PLAINTIFF

All Known Defense Counsel (via regular mail)

_____
Michael A. Tanenbaum