UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOHN J. SURRE,

                         Plaintiff,

     - against -

AMCHEM PRODUCTS, INC., et al.

                        Defendant.
------------------------------------------------------------------------X

CIVIL ACTION NO.:
07 CV 9431 (DC)(RLE)

RULE 7.1 STATEMENT
OF THE VIAD CORP

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant The Viad Corp certifies that said defendant does not have any corporate parents, and that there are no publicly held corporations that own 10% or more of the stock of said defendant.

Dated: October 25, 2007

                                                                s/Sanjit Shah
                                                                Sanjit Shah (SS-0148)