## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 25, 2007, a true and correct copy of The Viad Corp's Joinder in Foster Wheeler LLC's Notice of Removal was served via regular mail on all known counsel of record, set forth on attached service list, and via regular mail and electronic mail on Plaintiff's counsel listed below:

Chris Romanelli, Esq.
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038-4925
(212) 558-5500
*Attorneys for Plaintiff*

 

                                                                                               s/Sanjit Shah
                                                                                       Sanjit Shah (SS-0148)

John J. Surre Service Rider

| | |
|---|---|
| Judith Yavitz, Esq.<br>Gary Casmir, Esq.<br>Anderson, Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, New York 10020-1000 | Counsel for Amchem Products, Inc., n/k/a Rhone Poulenc AG Company, n/k/a Bayer Cropscience Inc., Certain Teed Corporation; and. Union Carbide Corp. |
| Yvette Harmon, Esq.<br>Genevieve MacSteel, Esq.<br>Madina Abbasova, Esq.<br>McGuire Woods LLP<br>1345 Avenue of the Americas<br>Seventh Floor<br>New York, New York 10105 | Counsel for American Standard, Inc., Bell & Gossett, Co., ITT Industries, Inc.; ITT Industries, Inc., as successor to Bell & Gossett Company and as successor to Kennedy Valve Manufacturing Co., Inc., and as successor to Grinnell Valve Co., Inc. |
| Theodore Eder, Esq.<br>Chris Gannon, Esq.<br>Segal, McCambridge, Singer & Mahoney<br>830 Third Avenue, Suite 400<br>New York, New York 10022 | Counsel for Anchor Packing Company, Inc., Garlock Sealing Technologies LLC f/k/a Garlock, Inc., and Byron Jackson Pumps |
| Daniel Moretti, Esq.<br>Landman, Corsi, Ballaine & Ford<br>120 Broadway, 27th Floor<br>New York, New York 10271 | Counsel for Sequoia Ventures, Inc. f/k/a Bechtel Corp. |
| Art. Bromberg, Esq.<br>Weiner Lesniak, LLP<br>629 Parsippany Road<br>P.O. Box 43.8<br>Parsippany, New Jersey 07054-0438 | Counsel for BMCE, Inc. f/k/a United Centrifugal Pump, and Peerless Industries, Inc. |
| Anna Dilonardo, Esq.<br>Weiner Lesniak, LLP<br>888 Veterans Memorial Highway, Suite 540<br>Hauppauge, NY 11788 | Counsel for Robert A. Keasbey Co., Borg Warner Corp., n/k/a Burns International Services Corp., BW/IP International, Inc., f/k/a Borg Warner Industrial Products, successor to. Byron Jackson Pumps, and Peerless Industries Co. |
| Frank A. Cecere, Esq.<br>Ahmuty, Demers & McManus<br>200 I.U. Willets Road<br>Albertson, New York 11507 | Counsel for Carrier Corp., as successor in interest to Bryant Heating & Cooling Systems |
| John J. Fanning, Esq.<br>Mark Heuser, Esq.<br>Cullen & Dykman<br>177 Montague Street<br>Brooklyn, New York 11201 | Counsel for Burnham, LLC as successor to Burnham Corporation, and Goulds Pumps, Inc. |
| Joseph Carlisle, Esq..<br>Mary Ellen Connor, Esq.<br>William Bradley, Esq. | Counsel for J.H. France Refractories Company, Viacom Inc., as successor by merger to CBS Corporation f/k/a |

| | |
|---|---|
| Cori L. Leavitt, Esq.<br>Malaby, Carlisle & Bradley, LLC<br>150 Broadway, Suite 600<br>New York, New York 10038 | Westinghouse Electric Corporation, Weil McLain, a division of The Marley Company, Cleaver Brooks Co., Inc., and Warren Pumps, Inc. |
| Andrew Czerepak, Esq.<br>Consolidated Edison<br>Four Irving Place<br>New York, New York 10003 | Counsel for Consolidated Edison Company of New York, Inc. |
| Lawrence McGivney, Esq.<br>Monakee Griffin, Esq.<br>Jeff Kluger, Esq. _<br>McGivney & Kluger, P.C.<br>80 Broad Street - 23rd Fl.<br>New York, New York 10004 | Counsel for Courter & Company Incorporated, Treadwell Corp., Patterson Pump Company and The Fairbanks Co. |
| Kirsten Kneis, Esq.<br>Michael Waller, Esq.<br>Kirkpatrick & Lockhart Nicholson Graham, LLP<br>One Newark Center, 10th Floor<br>Newark, NJ 07102: | Counsel for Crane, Co. |
| John J. Kot, Esq.<br>Waters, McPherson & McNeil<br>300 Lighting Way - 7th Fl.<br>Secaucus, New. Jersey 07096 | Counsel for DB Riley, Inc. and Elliott Turbomachinery, Co.., Inc. |
| Peter C. Segal, Esq.<br>Schnader Harrison Segal & Lewis, LLP<br>140 Broadway, Suite 3100<br>New York, New York 10005 | Counsel for Dunham-Bush, Inc. |
| William Gallagher, Esq. -<br>Rachel Fleming-Campbell, Esq.<br>McMahon Martine & Gallagher<br>90 Broad Street<br>New York, New York 10004 | Counsel for Eastern Refractories Co., Inc. |
| Cynthia Weiss Antonucci, Esq.<br>Harris Beach, PLLC<br>100 Wall Street, 23rd Floor<br>New York, New York 10005 | Counsel for Gardner Denver, Inc. |
| Mark Feinstein, Esq.<br>Aaronson Rappaport Feinstein & Deutsch LLP<br>757 Third Avenue<br>New York, New York 10017 | Counsel for General Motors Corp. |
| Francis Quinn, Esq.<br>Lavin, Coleman, O'Neil, Ricci, Finarelli & Gray<br>420 Lexington Avenue, Suite 2900<br>Graybar Building | Counsel for General Motors Corp. |

NJ/194899v1

| | |
|---|---|
| New York, New York 10170 | |
| Joseph Colao, Esq.<br>Helen Chung, Esq.<br>Leader & Berkon LLP<br>630 Third Avenue, 17th Floor<br>New York, New York 10017 | Counsel for IMO Industries, Inc. |
| Lisa M. Pascarella, Esq.<br>Stephanie A. Divita, Esq.<br>Pehlivanian, Braaten & Pascarella, LLC<br>2430 Route 34 - P.O. Box 648.<br>Manasquan, New Jersey 08736 | Counsel for Ingersoll-Rand Co. |
| Barbara Hopkins Kelly, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>33 Washington Street<br>Newark, New Jersey 07102 | Counsel for Oakfabco, Inc. |
| Paul A Scrudato, Esq.<br>Schiff, Hardin & Waite<br>623 Fifth Avenue, 28th Floor<br>New York, New York 10022 | Counsel for Owens-Illinois, Inc. |
| Linda Yassky, Esq.<br>Sonnenschein, Nath & Rosenthal, LLP<br>1221 Avenue of the Americas<br>New York; New York 10020 | Counsel for Rapid American Corporation |
| Loring Fenton, Esq.<br>Greenberg Traurig,.LLP<br>MetLife Building<br>200 Park Avenue<br>New York, New York 10166 | Trial Counsel for Robert A. Keasbey Co. |
| Zachary W. Carter, Esq.<br>Dorsey & Whitney LLP<br>250 Park Avenue<br>New York, New York 10177-1500 | Trial Counsel for Robert A. Keasbey Co. |
| Anthony J. Marino, Esq.<br>Garrity, Graham, Favetta & Flynn<br>One Lackawanna Plaza<br>Montclair, New Jersey 07042-8205 | Counsel for United Conveyor Corp. |
| Norman Senior, Esq.<br>Greenfield, Stein & Senior<br>600 Third Avenue, 11th Floor<br>New York, NY 10016 | Counsel for U.S. Rubber Company (Uniroyal) |

NJ/194899v1