**A CERTIFIED TRUE COPY**

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 27 2007

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

07cv9431 (DC)

MDL No. 875

U.S. DISTRICT COURT
FILED
DEC 21 2007
S.D. OF N.Y.

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-296)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,584 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 13

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

TRUE COPY CERTIFIED TO FROM THE RECORD

12-18-07

Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

# IN RE: ASBESTOS PRODUCTS LIABILITY
# LITIGATION (NO. VI)

MDL No. 875

## SCHEDULE CTO-296 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**            **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN  3  07-5451            Alvin Cooks v. General Electric Co., et al.

MINNESOTA
  MN  0  07-4470            Edward C. Baker v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4471            Victor G. Barta, Jr. v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4472            Charles R. Bibeau v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4473            Peter B. Boorman v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4474            Theodore F. Burton v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4475            Olaf D. Clemson v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4481            Merle L. Gibson v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4482            Frank M. Gruden v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4484            Roger P. Holmstrom v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4487            Mark T. Jacobs v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4488            Alden H. Judnitsch v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4489            Raymond Kiefat v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4490            Leo L. Kusi v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4491            Vern L. Larson v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4492            Milton M. Lerfald v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4493            Garald C. Lesnau v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4498            Arnold M. Rudolph v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4500            Thomas P. Savage v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4502            Virginia Sweney, etc. v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4504            David L. Uren v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4505            Alvin A. Von Holdt v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4506            Jerome Wiener v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4507            Leroy Wiirre v. Garlock Sealing Technologies, LLC, et al.
  MN  0  07-4508            Louis Wiirre v. Garlock Sealing Technologies, LLC, et al.

NORTH CAROLINA MIDDLE
  NCM  1  07-859            Robert Russell, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCM  1  07-860            Albert W. Neely, et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-296 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**          **CASE CAPTION**

NEVADA
~~NV 2 07-1495~~         ~~Bernard Wojcik, et al. v. Graybar Electric Co., Inc., et al.~~
                              **Opposed 12/13/07**
~~NV 2 07-1498~~         ~~Oliver Garland, etc. v. Goulds Pumps, Inc. et al.~~ **Opposed 12/13/07**

NEW YORK SOUTHERN
✓NYS 1  07-9431          John J. Surre v. Foster Wheeler, LLC, et al.